UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| WEST BEND INSURANCE COMPANY, <br><br> PLAINTIFF <br><br> VS. <br><br> TIMOTHY BROWN, MEGAN BROWN <br><br> AND <br><br> INTEGRITY BACKYARD BUILDS, LLC <br><br> DEFENDANTS | *Electronically Filed* <br> **CASE NO. 3:24-cv-00038-RLY-CSW** |

## ORDER

The Plaintiff, West Bend Insurance Company, by counsel, having filed a Motion for Summary Judgment on all claims asserted in its Complaint for Declaratory Judgement, and the Court having reviewed the record and being sufficiently advised, it is hereby ordered as follows:

IT IS HEREBY ORDERED that the Plaintiff's Motion for Summary Judgment is GRANTED. West Bend Insurance Company owes no duties of indemnity or defense arising out of the Underlying Action in Spencer Circuit Court, "*Timothy Brown and Megan Brown v. Integrity Backyard Builds, LLC*," Cause No. 74C01-2310-PL-000549.

This is a final and appealable Order, and there is no just reason to delay its entry.

ENTERED THIS ____ day of _____, 2023.

_____
JUDGE
SOUTHERN DISTRICT OF INDIANA