UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| WEST BEND INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INTEGRITY BACKYARD BUILDS, LLC, ) <br> TIMOTHY BROWN, and ) <br> MEGAN BROWN, ) <br> ) <br> Defendants. ) | No. 3:24-cv-00038-RLY-CSW |

**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT**

Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, Plaintiff West Bend Insurance Company moves for default judgment against Defendants Integrity Backyard Builds, LLC, Timothy Brown, and Megan Brown. Their motion (Filing No. 29) is **GRANTED**. Accordingly, the court **DECLARES** that Plaintiff has no duty to defend or indemnify Integrity Backyard Builds, LLC, with respect to the claims asserted by Timothy and Megan Brown pending in the Circuit Court of Spencer County under Cause No. 74C01-2310-PL-000549.

**SO ORDERED** this 21st day of March 2025.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.