UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| WEST BEND INSURANCE COMPANY,   ) | |
| )   Plaintiff, ) | |
| ) | |
| v.                                                                )  | No. 3:24-cv-00038-RLY-CSW |
| ) | |
| INTEGRITY BACKYARD BUILDS, LLC,   ) | |
| TIMOTHY BROWN, and                             ) | |
| MEGAN BROWN,                                      ) | |
| ) | |
| Defendants.                          ) | |

**FINAL JUDGMENT**

Today, the court granted Plaintiff's Motion for Default Judgment. Final judgment is therefore entered in favor of Plaintiff and against Defendants.

**SO ORDERED** this 21st day of March 2025.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Roger Sharpe, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.